# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RAY BLAND OLIVER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:19-cv-00167-LCB-HNJ |
| SGT. SAMUEL J. AARON, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on January 8, 2020, recommending the defendant's special report be treated as a motion for summary judgment and further recommending that the motion be granted. (Doc. 23). Although the plaintiff was advised of his right to file specific written objections within fourteen days, no objections have been received by the Court.

Having carefully reviewed and considered *de novo* all the materials in the Court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that the defendant's motion for summary judgment is **GRANTED**, the Court finding that no genuine issues of material fact exist.

**DONE** and **ORDERED** this March 6, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE